UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DALIA HERNANDEZ,

    Plaintiff,

v.                                    Case No: 2:18-cv-722-FtM-38CM

CIRCLE K STORES INC.,

    Defendant.
                                        /

## **OPINION AND ORDER**[1]

Before the Court is the Parties' Amended Joint Stipulation for Remand to State Court (Doc. 6). Plaintiff Dalia Hernandez sued Defendant Circle K Store Inc. in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida on August 13, 2018. (Doc. 1-1). Defendants then removed the case to this Court. (Doc. 1). The parties have now stipulated to remanding the case back to the state court. (Doc. 9).

Accordingly, it is now

**ORDERED:**

The Parties' Amended Joint Stipulation for Remand to State Court (Doc. 6) is **GRANTED**.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. The case is **REMANDED** to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

3. The Clerk is **DIRECTED** to terminate pending motions and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of November, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record